**FILED**

FEB 2 4 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ferdell Fabian Harvey, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. **12 0300** |
| | ) | |
| Welmer Emerson, | ) | |
| | ) | |
| Respondent. | ) | |

MEMORANDUM OPINION

This matter is before the Court on the petition for relief under 28 U.S.C. § 2255,

accompanied by petitioner's application to proceed *in forma pauperis*. The Court will grant the

application to proceed *in forma pauperis* and will dismiss the case for lack of jurisdiction.

Petitioner is a resident of Hope Village, Inc., in the District of Columbia. He claims that

he was wrongly convicted in the United States District Court for the District of New Jersey. The

sentencing court previously denied his motion to vacate under 28 U.S.C. § 2255 and his motion

for relief under Federal Rule of Civil Procedure 60(b). *See* Pet. at 2-3. Petitioner essentially has

submitted a successive petition challenging his conviction.

"No circuit or district judge shall be required to entertain [a habeas petition] to inquire

into [a federal offender's] detention if it appears that the legality of such detention has been

[previously determined], except as provided in section 2255." 28 U.S.C. § 2244(a). Pursuant to

§ 2255(h), "[a] second or successive motion must be certified as provided in section 2244,"

which states that "[b]efore a second or successive [habeas] application . . . is filed in the district

court, the applicant shall move in the appropriate court of appeals for an order authorizing the

*N*

3

district court to consider the application." 28 U.S.C. § 2244(b)(3)(A).  Because petitioner was

sentenced in the District of New Jersey, he must seek certification from the United States Court

of Appeals for the Third Circuit to file a successive habeas petition in the sentencing court.  *See*

*In re Moore*, 196 F.3d 252, 254 (D.C. Cir. 1999) ("§ 2255 mandates" such certification); *id.* ("A

federal prisoner seeking relief from his sentence must file a petition . . . in 'the court which

sentenced him.'") (quoting 28 U.S.C. § 2255).  A separate order of dismissal accompanies this

Memorandum Opinion.

United States District Judge

Date: February 22nd, 2012